JONATHAN FANSON v. JOHN W. HARRIS.

*Error from Clay District Court.*

AT the November Term, 1876, of the district court, *Harris* had judgment against *Fanson*, who brings the case here on error.

*C. M. Kellogg*, and *Chas. G. Cox*, for plaintiff in error.

*Per Curiam:* The above case is affirmed, upon the authority of *American Bridge Co. v. Murphy*, 13 Kas. 35, and *K. P. Rly. Co. v. Kunkel*, 17 Kas. 145.

CHARLES W. JEWELL v. JOHN S. MORSE AND MATTHEW DUNLAP.

AT the December Term, 1876, of the district court of Shawnee county, *Morse* and *Dunlap* had judgment against *Jewell*, who brings the case here for review.

*John Martin*, for plaintiff in error.
*Douthitt & McFarland*, for defendants in error.

*Per Curiam:* It is ordered that the judgment of the district court in this case be modified in accordance with the views expressed by this court in the case of *Clough v. McDonald*, 18 Kas. 114; and the case will be remanded, with instructions to render judgment accordingly. The costs of this court will be divided between the parties.